

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00698-CV

Herbert Lawrence **POLINARD**, Jr.,
Appellant

v.

Jo Ann **KARAMBIS**, Margaret Comparin, Ronaldo Dunagan, Lynda C. Spence and EXP
Realty, LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-11887
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: October 9, 2024

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal because the parties have reached a settlement. Therefore, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM